William M. Brown and James H. Eckersley, Copartners, etc., Appellants, v. S. Liebman's Sons Brewing Company, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Joseph Bukocy, Appellant, v. The City of Yonkers, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the decision is insufficient to support the judgment, and without considering any other questions presented. Woodward, Jenks and Rich, JJ.,concurred; Hooker, J., dissented.

Stanley Clinton, by Nellie Clinton, His Guardian ad Litem, Respondent, v. The Village of Port Jervis, Appellant.—Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Curtis Brothers Lumber Company, Appellant, v. George M. Fawcett, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Miller, JJ.

John Hayes, Appellant, v. The City of New York and Francis J. Lantry, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Henry Jager, an Infant, by Adolf Jager, His Guardian ad Litem, Respondent, v. Goldmann Schweisheimer Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Adolf Jager, Respondent, v. Goldmann Schweisheimer Company, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Julia E. Lingke, Appellant, v. Jacob H. Sammis, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Catherine T. McCallister, Respondent, v. The City of New York, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Alexander J. McCollum, Appellant, v. William Salmon, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

New York Mortgage and Security Company, Appellant, Respondent, v. Concourse Park Hotel Company and Others, Respondents, Appellants, Impleaded with Others.— Judgment modified by striking out paragraph V thereof, and as modified affirmed, with costs to the plaintiff against the defendants, appellants. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Robert Plaut, Respondent, v. New York Butchers' Fat Melting Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Schlesinger, Appellant, v. Joseph Sagor, First Name Fictitious, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Arthur F. Simonson, Respondent, v. Louis P. Mendham and Maurice B. Mendham, Appellants.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

William Wingerath, Respondent, v. Edmund H. Norwood, Sued as Edward Norwood, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Nathaniel M. Brown for Admission to the Bar.— We are of the opinion that the applicant should be in good standing in

the foreign jurisdiction to be received as an attorney and counselor in this State by comity without examination. This is within the spirit, if not within the strict letter of the rule of the Court of Appeals.* Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

---

* See Rules for the Admission of Attorneys and Counselors at Law, Rule 2.— [REP.